UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILL HOLLY,                              No. 2:07-cv-0583-MCE-EFB

      Plaintiff,

  v.                                     ORDER

JOHN E. POTTER, Postmaster
General of the United States
Postal Service, and DOES 1
through 50, inclusive,

      Defendants.

----oo0oo----

Attorney Robert C. Bowman, Jr., attorney for Plaintiff Will Holly, moves to withdraw as Plaintiff's counsel of record. Plaintiff has not opposed Mr. Bowman's request in that regard.

This motion is governed by the requirements of Local Rule 83-182(b), which provides that an attorney may not withdraw, leaving the client *in propria persona*, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

1

1  Attorney Bowman has complied with those requirements and his
2  request to withdraw is accordingly proper.
3      Because counsel's request is both procedurally correct and
4  unopposed, the Motion to Withdraw is GRANTED.[1]  Robert C. Bowman,
5  Jr., is relieved as counsel of record for Plaintiff effective
6  upon the filing of proof of service of this signed order on
7  Plaintiff.

9      IT IS SO ORDERED.

 Dated: June 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 78-230(h).

2