McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2720

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL HOLLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER, Postmaster General of the United States, and Does 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:07-cv-00583 MCE EFB<br><br>**STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT** |

　　　　Plaintiff Will Holly and defendant John E. Potter, Postmaster General of the United States, hereby stipulate and agree as follows:

<u>Recitals</u>

　　　　1.　　　On March 23, 2007, plaintiff filed his complaint ("Original Complaint").  Defendant Potter answered the Original Complaint on May 23, 2007.

　　　　2.　　　The Court entered its Pretrial (Status) Scheduling Order on June 15, 2007.

　　　　3.　　　On June 28, 2007, defendant Potter filed a motion to dismiss the second (age discrimination), third (due process) and fourth (equal protection) claims in the Original Complaint and to dismiss the Does 1 through 50 ("Doe Defendants").

　　　　4.　　　On August 16, 2007, plaintiff filed a Substitution of Attorneys and a First Amended Complaint which no longer asserts claims of age discrimination, due process and equal protection.

5. Pursuant to the Pretrial (Status) Scheduling Order, no joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.

### Stipulation

WHEREFORE, the parties hereby stipulate and agree as follows:

A. The second, third and fourth claims in the Original Complaint shall be dismissed with prejudice.

B. Upon Court approval of this Stipulation, the First Amended Complaint shall be deemed to have been properly filed, except that the Doe Defendants shall be dismissed from the First Amended Complaint.

C. Defendant Potter shall file his response to the First Amended Complaint within 10 days of entry of an order approving this Stipulation.

D. Defendant Potter's pending motion to dismiss shall be removed from the Court's calendar.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 27, 2007       By:   /s/ *Lynn Trinka Ernce*
                                   LYNN TRINKA ERNCE
                                   Assistant United States Attorney


LAW OFFICE OF ROY R. LEVIN

Dated: August 27, 2007       By:   /s/ Roy R. Levin
                                   ROY R. LEVIN
                                   Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated:  August 30, 2007

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2