McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2741

Attorneys for DEFENDANT JOHN E. POTTER,
Postmaster General of the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL HOLLY,<br><br>           Plaintiff,<br><br>     v.<br><br>JOHN E. POTTER, Postmaster General of the United States,<br><br>           Defendants. | No. 2:07-cv-00583-MCE-EFB<br><br>STIPULATION RE CASE SCHEDULE;ORDER THEREON |

   Plaintiff WILL HOLLY ("Plaintiff") and Defendant JOHN E. POTTER, Postmaster General of the United States, collectively referred to as "the parties", by and through their undersigned counsel, hereby stipulate to revise the scheduling order as follows:  Defendant's expert reports are due fifteen days after the ruling on the Motion for Summary Judgment, if judgment is not entered as requested, and not the August 20, 2008 date specified in the court's June 15, 2007 Scheduling Order.  Except as specified herein, no other changes are made to the Scheduling Order and all other dates and deadlines stated therein remain unchanged.

   Good cause exists for this stipulation.  The Postmaster filed a Motion for Summary Judgment on July 3, 2008 and served it in compliance with governing rules.  The Postmaster scheduled the Motion for hearing on August 8, 2008 in an effort to obtain a ruling and possibly

1  avoid the costs associated with obtaining finalized expert reports for the August 20, 2008
2  disclosure deadline.  Plaintiff has now filed an Ex Parte request to postpone the hearing on the
3  Summary Judgment Motion until after the August 20th expert disclosure deadline.  The
4  Postmaster will be prejudiced by the requested extension if his time to disclose experts remains
5  unchanged.
6        No prior modifications to the Scheduling Order have been requested and no further
7  changes are anticipated at this time.
8  IT IS SO STIPULATED:

9  DATED: July 31, 2008                By:   /s/  Roy R. Levin
                                            ROY R. LEVIN
10                                          LAW OFFICES OF ROY R. LEVIN
                                            Attorney for PLAINTIFF WILL HOLLY

13
    DATED: July 31, 2008                McGREGOR W. SCOTT
14                                      United States Attorney

16                                By:    /s/   Kelli L. Taylor
                                         KELLI L. TAYLOR
17                                       Assistant United States Attorney
                                         Attorneys for the United States

2

ORDER

The Court has reviewed the reasons stated by counsel and finds that good legal cause exits for the alteration of the scheduling conference order as requested.  The request and stipulation is therefore GRANTED and Defendant's expert disclosure is due fifteen after the issuance of the Order on the Motion for Summary Judgment if judgment is not entered as requested.  The Defendant's August 8, 2008 Motion for Summary Judgment is vacated and continued to October 3, 2008 at 9:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE